

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                01-15-00028-CR and 01-15-00029-CR

Style:                       Kelvin Morris Jones Jr.

                             **v.** The State of Texas

Date motion filed*:          May 6, 2015

Type of motion:              Appellant's Second Motion for Extension of Time to File Appellant's Brief

Party filing motion:         Appellant

Document to be filed:        Appellant's brief

Is appeal accelerated?       No

If motion to extend time:
        Original due date:                          March 11, 2015
        Number of previous extensions granted:      1        Current Due date: May 6, 2015
        Date Requested:                             July 6, 2015

Ordered that motion is:

        ☑       Granted

                If document is to be filed, document due: **July 6, 2015**

                ☑       **The Court will not grant additional motions to extend time absent extraordinary circumstances.**

        ☐       Denied

        ☐       Dismissed (*e.g.*, want of jurisdiction, moot)

        ☐       Other: _____

        _____
        _____
        _____
        _____

Judge's signature:   /s/ Terry Jennings
                     ☑ Acting individually      ☐ Acting for the Court

Panel consists of    _____

Date: May 12, 2015